JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
Four Thousand One Hundred Forty-Eight Dollars ($4,148.00) in United States Currency

B-01-038

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

United States District Court
Southern District of Texas
FILED
MAR 0 7 2001
Michael N. Milby
Clerk of Court

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Ronald G. Morgan, AUSA
600 E. Harrison Street, #201
Brownsville, TX 78520-7114
(956) 548-2554

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 791 Empl Ret Inc Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY)
21 U.S.C. § 881

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** _____    CHECK YES only if demanded in complaint:    **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

**DATE** 3-7-1
**SIGNATURE OF ATTORNEY OF RECORD** Ronald G. Morgan

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 7 2001

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-01- **B-01-038** |
| | § | |
| FOUR THOUSAND ONE HUNDRED | § | |
| FORTY-EIGHT DOLLARS ($4,148.00) | § | |
| IN UNITED STATES CURRENCY | § | |
| | § | |
| Defendant. | § | |

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

NOW COMES the United States of America, Plaintiff, by and through its attorneys MERVYN M. MOSBACKER, United States Attorney, and RONALD G. MORGAN, Assistant United States Attorney, and in support of this Complaint for forfeiture in rem states as follows:

1. This is a civil action in rem brought to enforce the provision of 21 U. S. C. § 881(a)(6) for the forfeiture of the Defendant Currency which was used or intended to be used in exchange for controlled substances or represents proceeds of trafficking in controlled substances or was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.

3. On or about July 31, 2000, law enforcement agents seized four thousand one hundred forty-eight dollars ($4,148.00)(hereinafter "Defendant Currency") at the United States Border Patrol Checkpoint near Falfurias, in Brooks County, Texas, within the jurisdiction of this

Court.

4.  On or about July 31, 2000 at approximately 11:00 a.m., a tractor and trailer driven by Richard H. Tilley ("Mr. Tilley") was stopped at the United States Border Patrol Checkpoint near Falfurias, Texas. Traveling as a passenger in the tractor was Annetha Broughton ("Ms. Broughton").

5.  Drug dogs alerted on the trailer. A search of the trailer revealed 22 bundles of marihuana, weighing approximately 562 pounds. Both Mr. Tilley and Ms. Broughton were placed under arrest.

6.  An inventory of their possessions revealed that Ms. Broughton had in her possession Mr. Tilley's wallet. In that wallet, agents discovered a total of four thousand one hundred forty-eight dollars ($4,148.00). That amount was comprised of : 38 - $100 bills; 4- $50 bills; 5 - $20 bills; 1- $10 bill; 6 - $5 bills; and, 8 -$1 bills.

7.  Mr. Tilley admitted that he was responsible for the marihuana and that he was to be paid between $5,000 and $10,000 to transport the marihuana to Hartford, Connecticut.

8.  The Defendant Currency was seized as proceeds from the sale of a controlled substance or as property used to facilitate a controlled substance transaction.

9.  Mr. Tilley was held for prosecution. Ms. Broughton was released.

10. On August 16, 2000, Mr. Tilley was indicted, under criminal number C-00-279, by a grand jury sitting in Corpus Christi, Texas, for possession with the intent to distribute the marihuana that was discovered in his possession on July 31, 2000.

11. On August 29, 2000, Mr. Tilley entered a guilty plea to the indictment.

12. On November 9, 2000, Mr. Tilley was sentenced to a period of imprisonment of 63 months.

13. By a letter apparently dated September 22, 2000, Ms. Broughton filed a claim with the Drug Enforcement Administration claiming that the Defendant Currency was seized from her and not Mr. Tilley. After several exchanges between Ms. Broughton and the Drug Enforcement Administration, the administrative claim was accepted as having been filed on January 8, 2001.

14. In her claim letter, marked by interlineation with a handwritten date of September 29, 2000, Ms. Broughton asserts "The cash I had in my possession was the accumulation of cash I was given to hold...." In that same claim letter, Ms. Broughton also appears to claims that the money that was seized from her possession actually belonged to Mr. Tilley.

15. The evidence, combined with the reasonable inferences to be drawn therefrom, establishes by a preponderance that the Defendant Currency is forfeitable to the United States as set forth in Title 21, United States Code, Section 881(a)(6).

16. The Defendant Currency was used, or intended to be used, in exchange for a controlled substance, or represents proceeds of trafficking in a controlled substance or was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq., and is therefore subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays:

1. Monition issue according to the normal procedure of this Court citing all persons having an interest in the above described Defendant Currency to appear on the return day of

process by filing a claim and answer pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, or as ordered by the Court;

2. That Warrant of Seizure issue to the United States Marshal commanding him to seize the Defendant Currency;

3. That judgment of forfeiture to the United States be decreed against the Defendant Currency; and

4. For costs and such other and further relief to which plaintiff may be entitled.

                Respectfully submitted,

                MERVYN M. MOSBACKER
                United States Attorney

By: _____
     RONALD G. MORGAN
     Assistant U. S. Attorney
     Federal Bar No. 23902
     TX Bar No. 00795014
     600 East Harrison, # 201
     Brownsville, Texas 78520
     Tel No. (956) 548-2554
     Fax No. (956) 548-2711

4

## VERIFICATION

I, <u>J. R. Mills</u>, upon oath declare and say that:

1. I am a Task Force Officer with the Drug Enforcement Administration and I am one of the agents responsible for the investigation concerning this litigation.

2. I have read the above Complaint for Forfeiture.

3. I have furnished the information leading to the allegations contained in the Complaint for Forfeiture.

4. Based on my investigation, the information and allegations contained in the Complaint for Forfeiture are true and correct and establish by a preponderance of the evidence proof to seize and forfeit the Defendant Currency as set forth therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this  1st  Day of   march   , 2001.

_____
J. R. MILLS
Task Force Officer
Drug Enforcement Administration

[Notary Seal: DEBRA HOHLE — MY COMMISSION EXPIRES October 18, 2001]

Subscribed and sworn to before me on this the  1st  day of  march , 2001.

_____
Notary Public for the States of Texas

My commission expires on   10-18-2001  .

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** was sent via first-class mail, return receipt requested, to the following individuals at the addresses indicated, on this 7th day of March, 2001.

ANNETHA BROUGHTON
47 Sumner Street, Apt. 204
Hartford, CT 06106

RICHARD HENRY TILLEY
Federal Prisoner
US Marshals Service No. 89607079
Federal Corrections Institute - Ft. Dix
PO Box 38
Ft. Dix
New Jersey, 08640

_____
RONALD G. MORGAN
Assistant U.S. Attorney

6

ClibPDF - www.fastio.com

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

FOUR THOUSAND ONE HUNDRED
FORTY-EIGHT DOLLARS ($4,148.00)
IN UNITED STATES CURRENCY

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-01-038

TO: (Name and Address of Defendant)

ANNETHA BROUGHTON
47 SUMMER STREET, APT. 204
HARTFORD, CT 06106

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ronald G. Morgan
Assistant United States Attorney
United States Attorney
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

an answer to the complaint which is herewith served upon you, within __ten (10)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK
[signature]
BY DEPUTY CLERK

DATE  3-7-01

# WARRANT OF SEIZURE AND MONITION
# UNITED STATES DISTRICT COURT
for the
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

**To the United Marshals Service or any designated agent:**

**WHEREAS**, on this day, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas, by MERVYN M. MOSBACKER, United States Attorney for said district, on behalf of the United States of America, against the following described property:

FOUR THOUSAND ONE HUNDRED FORTY-EIGHT DOLLARS ($4,148) IN UNITED STATES CURRENCY

and praying that all person interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said Complaint mentioned, be condemned as forfeited to the use of the United States.

**YOU ARE THEREFORE HEREBY COMMANDED** to attach the said goods, wares, and merchandise, and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the LOCAL NEWSPAPER to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said Complaint, that they be and appear before this Court, at the City of Brownsville within the (30) days after giving of publication notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim for the same and to make their allegations in that behalf and that they shall file and serve their answers within (20) days after the filing of said claims. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT: |
| --- | --- |
| Filemon B. Vela | BROWNSVILLE, TEXAS |
| DATE: 3-7-01 | CLERK: MICHAEL N. MILBY<br>BY DEPUTY CLERK: [signature] |

RETURNABLE ___ DAY AFTER ISSUE.

## SERVICE RETURN

| DISTRICT: | DATE THE WRIT WAS RECEIVED AND EXECUTED |
| --- | --- |
|  |  |
| U.S. MARSHAL: | BY DEPUTY MARSHAL: |
|  |  |