United States District Court
Southern District of Texas
FILED

APR 0 6 2001

Michael N. Milby
Clerk of Court

C A B - 01 - 38

# WARRANT OF SEIZURE AND MONITION
## UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

**To the United Marshals Service or any designated agent:**

**WHEREAS,** on this day, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas, by MERVYN M. MOSBACKER, United States Attorney for said district, on behalf of the United States of America, against the following described property:

FOUR THOUSAND ONE HUNDRED FORTY-EIGHT DOLLARS ($4,148) IN UNITED STATES CURRENCY

and praying that all person interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said Complaint mentioned, be condemned as forfeited to the use of the United States.

**YOU ARE THEREFORE HEREBY COMMANDED** to attach the said goods, wares, and merchandise, and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the **LOCAL NEWSPAPER** to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said Complaint, that they be and appear before this Court, at the City of Brownsville within the (30) days after giving of publication notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim for the same and to make their allegations in that behalf and that they shall file and serve their answers within (20) days after the filing of said claims. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| **Filemon B. Vela** | BROWNSVILLE, TEXAS |
| DATE: 3-7-01 | CLERK: MICHAEL N. MILBY <br> BY DEPUTY CLERK: |

RETURNABLE ___ DAY AFTER ISSUE.

## SERVICE RETURN

| DISTRICT: C.t. | DATE THE WRIT WAS RECEIVED AND EXECUTED <br> 3/14/01 RCVD    3/14/01 EXECUTED |
|---|---|
| U.S. MARSHAL <br> John O'Connor | BY DEPUTY MARSHAL: <br> R. Serna |

ClibPDF - www.fastio.com