United States District
Southern Di...
RECE...
APR -6 2001
Michael N. Milby, Clerk...

CAB-01-38  6

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 3/14/01 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Russ Sinni | TITLE SDUSM |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 47 SUMNER ST., APT. 204 HARTFORD, CT.  PH. # 860-241-8284

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
APR 0 6 2001
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 45.— | TOTAL 45.— |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/14/01
Date

_Russ Sinni_
Signature of Server

450 Main St., Hartford, CT.
Address of Server

D-00-028

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.