UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

Brownsville Division

United States District Court
Southern District of Texas
FILED

APR 17 2001

Michael N. Milby
Clerk of Court

Four Thousand One Hundred  
Forty-Eight Dollars  
($4,148.00) In United  
States Currency,  
    Defendant,

v.                                  Docket No. B-01-CV-038(NWB)

United States of America,  
    Plaintiff.

## CLAIM AND ANSWER
## TO DEFENDANT CURRENCY

    **COMES NOW**, Richard Henry Tilley, Claimant, hereby respectfully moves the Honorable Court for verification as the owner and claimant of the defendant currency, four thousand one hundred forty-eight dollars in United States Currency.

    Claimant received notice, Verified Complaint For Fortfeiture In Rem, on or about April 11th, 2001, with regard to the the defendant currency potentially being forfeited.

    Claimant hereby verifies that on the 31st, day of July 2000, the defendant currency was seized from the possession of Ms. Annetha Broughton, who was the passenger in the tractor-trailer in which claimant was the driver. Ms. Broughton held clamaint's possessions (i.e., wallet and monies) during the course of the trip/delivery of merchandise, which was incomplete due to the arrest and detainment of Claimant.

1

Claimant here furthers asserts that the defendant currency was not used, or intended to be used, in exchange for a controlled substance, or represents proceeds of trafficking in a controlled substance or was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 eq. seq. purusant to 21 U.S.C. § 881(a)(6).

Claimant asserts that the defendant currency is expense coverage for the legitimate load of merchandise. To which, the expense coverage therewith transporting of goods of varying kinds (legally loads) differ, depending on the length of the trip, the load, and miscellaneous.

Herewith the instant matter, the defendant currency was used primarily as expense coverage totally void of the 562 pounds of marijuana seized from the tractor-trailer. As the Government notes, "Mr. Tilley admitted the he was responsible for the marihuana and that he was to be paid between $5,000.00 and $10,000.00 to transport the marihuana to Hartford, Connecticut." (Government's Verified Complaint for Forfeiture in Rem, at 2(7)). Indicative here that the defendant currency was inconsequential to the controlled substance seized.

Claimant hereto asserts the defendant currency was the coverage expense, to wit:

1. Average trip 6,000 miles-
   1,200 gals. of fuel at $1.33 per gal.
   totals approximately $1,596.00

2. Truck Rental Fee-$500.00 weekly

3. Blown Tire (Flat Tire)-$500.00 Road Service

4. Unexpected Repairs (Miscellaneous)-$125.00 plus

2

     5.    Food & Living Expenses-$200.00 - $750.00 Weekly

     6.    Tolls-$200.00 plus

     7.    Medication (Diabetic)-$167.00 per month

     8.    California Fixed Expsense $2,800.00

     9.    Freight Rate-$3,400.00 (Net)-$6,800.00 minus $3,200.00 expenses

The Operating Vehicle Expenses may total $4,000.00 justifiably from the distance of a trip. Exclusion of the personal expenses may be augment a third in addition to operation expenses. In which, claimant submits here, the defendant currency was used primarily for expenses of transporting the legal merchandise. therein the trailer.

Claimant further asserts that Ms. Annetha Broughton held the wallet containing the defendant currency due to Claimaint having to check the external perimeters of the tractor-trailer periodically to ensure all signal lights and lights were functional, in additional to the mechanical mechanisms were functioning properly.

In addition to the defendant currency, there was a check for one-hundred fifty dollars. This matter has not been included, seemingly, with the defendant currency. (Complaint-at 2(6)).

Claimant asserts that the defendant currency was not proceeds from the sale of a controlled substance or as property used to facilitate a controlled substance transaction. (Complaint-at 2(8))

The Government, upon prosecuting the matter related to the forfeiture has not made any concessions or stipulations as to the defendant currency being associated with controlled substances pursuant to 21 U.S.C. § 881(a)(6) and 21 U.S.C. § 801 eq. seq. (Complaint- at 3(15-16).

In which, claimant herewith claims legal ownership of the defendant currency, which was used as expense coverages aforementioned.

For the reasons set forth herewith, Claimant respectfully request that the Honorable Court adjudicate the administrative forfeiture in favor of Claimant, thereby returning the defendant currency and the check for $150.00.

Respectfully submitted,

Richard Henry Tilley - Pro Se
Reg. No. 89607-079
P.O. Box 7000-5812
FCI Fort Dix
Fort Dix, New Jersey  08640

DATED: April 13th, 2001
Fort Dix, New Jersey

LUIS R. REYES, JR.
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 14, 2003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Brownsville Division

Richard Henry Tilley,      :
    Claimant,           :
                        :       **AFFIDAVIT**
V.                         :       Docket No. B-01-CV-038(NWB)
                        :
United States of America,  :
    Respondent.         :
................................................................

Burlington County, New Jersey)
                               )

I, Richard Henry Tilley, Claimant, hereby declares under the penalty of perjury, that I am the claimant of the defendant currency of four thousand one hundred forty-eight dollars in United States Currency and the check in the amount of one hundred fifty dollars seized from Claimant on July 31st, 2000.

Claimant further swears under the penalty of perjury that the defendant currency were not drug proceeds nor affiliated with any controlled substances activities or transaction related to the criminal nature of the arrest. The defendant currency were expenses for vehicle operations and personal consumptions relative to the business of tractor-trailer drivers (i.e., food, motels, clothing, medication, etc.).

Claimant asserts and swears that legal ownership of the defendant currency shall be supported by the facts in the offense charged and the deposition of Ms. Annetha Broughton, should the Government elect to depose accordingly.

1

Respectfully submitted,

*Richard Tilley*

Richard Henry Tilley-Claimant
Reg. No. 89607-079
P.O. Box 7000-5812
FCI Fort Dix
Fort Dix, New Jersey 08640

[Notary seal: LUIS R. REYES, JR., NOTARY PUBLIC OF NEW JERSEY, My Commission Expires July 14, 2003]

## CERTIFICATE OF SERVICES

I, Richard Henry Tilley, Claimant, hereby declares under the penalty of perjury pursuant to 28 U.S.C. § 1746, that I have forward to the Honorable Court, by fax or by United States Mail, one copy, pertaining to the former or two copies, pertaining to the latter, either of which depends on the assistance of Counselor Luis Reyes. In that, Claimant is unable to pay the copying fees for the appropiate copies to be mailed to the Honorable Court and the opposing party, in which, Claimant here respectfully request that a courtesy copy is forward to the opposing counsel of record, Mr. Ronald G. Morgan, Asssistant United States Attorney. Copies of which are the "CLAIM AND ANSWER TO DEFENDANT CURRENCY."

Clerk of the Court for the
Honorable Chief Judge
Norman W. Black
United States District Court
Southern District of Texas
Brownsville Division
515 Rusk Avenue
Houston, Texas          77002

DATED: April 13th, 2001
Fort Dix, New Jersey

Richard Henry Tilley-Pro Se
Reg. No. 89607-079
P.O. Box 7000-5812
FCI Fort Dix
Fort Dix, New Jersey    08640

LUIS R. REYES, JR.
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 14, 2003

```
                                        Richard Henry Tilley
                                        Reg. No. 89607-079
                                        P.O. Box 7000-5812
                                        FCI Fort Dix
                                        Fort Dix, New Jersey
                                                      08640
```

April 13th, 2001

Clerk of the Court for the
Honorable Chief Judge
Norman W. Black
United States District Court
Southern District of Texas
Brownsville Division
515 Rusk Avenue
Houston, Texas           77002

**RE: United States v. Four Thousand One Hundred Forty-Eight Dollars
     ($4,148.00) In United States Currency
         B-01-CV-038(NWB)**

Dear Sir/Madam:

    I, the above noted person, headed, submits the attached "Claim and Answer To Defendant Currency" to be filed with the Honorable Court accordingly.

    With grave appreciation in advance to the withheld.

```
                                        Respectfully yours,

                                        /s/ Richard Tilley
                                        Richard Henry Tilley
```