8

                                      United States District Court
                                      Southern District of Texas
                                              FILED

THE HONORABLE JOHN WM. BLACK      APR 1 9 2001

INITIAL PRETRIAL CONFERENCE        Michael N. Milby
                                                      Clerk of Court

CIVIL ACTION NO. B-01-038        DATE & TIME:   04-19-01 AT 2:00 P.M.

UNITED STATES OF AMERICA        PLAINTIFF(S)   RONALD G. MORGAN
                                                  COUNSEL

VS.

FOUR THOUSAND ONE HUNDRED       CLAIMANT      RICHARD HENRY TILLEY
FORTY-EIGHT DOLLARS

---

This hearing is cancelled. USA is going to do discovery.