9

**UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED**

APR 2 3 2001   AM

MICHAEL N. MILBY, CLERK OF COURT

United States District Court
Southern District of Texas
RECEIVED

APR 3 0 2001

Michael N. Milby, Clerk

Richard Henry Tilley
Reg. No. 89607-079
P.O. Box 7000-5812
FCI Fort Dix
Fort Dix, New Jersey
                    08640

April 13th, 2001



Hon. Norman W. Black, Chief Judge
United States District Judge
United States District Court
SOuthern District of Texas
Brownsville Division
515 Rusk Avenue
Houston, Texas            77002

RE: United States v. Four Thousand One Hundred Forty-Eight Dollars
    ($4,148.00) In United States Currency
    B-01-CV-038(NWB)

Dear Hon. Black:

   Your Honor, I, the Movant noted above hereby claims the monies in RE:, in which, Movant respectfully request for an extension of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

   Movant here thanks the Honorable Court in advance for Your Honor's attention to the withheld. In which, this matter is being Faxed to Your Honor on the date hereof, by the Correctional Counselor, Mr. Luis Reyes, per discussion with Your Honor telephonically on April 12th, 2001.

Respectfully submitted,

*Richard H. Tilley*

Richard Henry Tilley

LUIS R. REYES, JR.
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 14, 2003