UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-01-038 |
| | § | |
| FOUR THOUSAND ONE HUNDRED | § | |
| FORTY-EIGHT DOLLARS ($4,148.00) | § | |
| IN UNITED STATES CURRENCY | § | |
| | § | |
| Defendant. | § | |

**RECEIVED BY OFFICE OF U.S. ATTORNEY**
01 JUN -4 AM 10: 50
SOUTHERN DIST. TEX.
BRO TX

United States District Court
Southern District of Texas
FILED
JUN 0 7 2001
Michael N. Milby
Clerk of Court

## SETTLEMENT AGREEMENT

The United States of America, through Mervyn M. Mosbacker, United States Attorney, and Ronald G. Morgan, Assistant United States Attorney, and RICHARD HENRY TILLEY (hereafter "Claimant") hereby enter into an agreed settlement of this action relating to the forfeiture of FOUR THOUSAND ONE HUNDRED FORTY-EIGHT DOLLARS (hereafter "Defendant Currency") under and in accordance with the following terms:

1. The United States, through its agents, will pay to Claimant Two Thousand dollars ($2,000.00), which amount shall be drawn from the Defendant Currency in the possession of the United States;

2. The remaining Two Thousand One Hundred and Thirty-Eight dollars of Defendant Currency is forfeited to United States Government;

As further consideration in support of this settlement, each party agrees to dismissal of this case with prejudice as to both parties.

Each party is to bear its own attorney fees and costs incurred during the course of the action relating to the Defendant Property, to include the previous administrative action.

This settlement agreement constitutes a complete and final settlement between the parties

and resolves all claims and issues relating to the Government's seizure of the Defendant Property. As such, Claimant releases and forever discharges the United States, its employees, representatives and agents, including the U.S. Customs Service, the U.S. Attorney's Office and the U.S. Department of Justice, from all claims and causes of action arising out of or relating to the prosecution or settlement of this action, however, this paragraph shall not act as a release or discharge of the obligations and duties imposed on the United States by this Settlement Agreement. Similarly, except as provided by this agreement, the United States releases Claimant from all liability relating to the Defendant Property.

Further, as part of the agreed settlement in this case, Claimant stipulates that reasonable cause, as that term is set forth in 28 U.S.C. § 2465, existed to seize the Defendant Currency and to file the forfeiture cause of action in this case. Further, Claimant agrees to the entry of a certificate of reasonable cause as provided by 28 U.S.C. § 2465.

APPROVED AS TO FORM AND SUBSTANCE:

Dated: June 4, 2001

| MERVYN M. MOSBACKER<br>UNITED STATES ATTORNEY | RICHARD HENRY TILLEY<br>CLAIMANT |
|---|---|
| By: *(signature)* | By: *(signature)* |
| RONALD G. MORGAN<br>Assistant U.S. Attorney<br>600 East Harrison Street, #201<br>Brownsville, Texas 78521<br>Tel. (956)548-2554<br>Fax (956) 584-2711 | RICHARD HENRY TILLEY<br>Pro Se Claimant<br>Reg. No. 89607–079<br>P.O. Box No. 7000-5812<br>FCI Fort Dix<br>Fort Dix New Jersey 08640 |

2