*12*

United States District Court
Southern District of Texas
FILED

JUN 0 7 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-01-038 |
| | § | |
| FOUR THOUSAND ONE HUNDRED | § | |
| FORTY-EIGHT DOLLARS ($4,148.00) | § | |
| IN UNITED STATES CURRENCY | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE AND RELEASE

The United States of America, Plaintiff, pursuant to Rule 7 of the Federal Rules of Civil Procedure, moves this Court for entry of the attached **FINAL ORDER OF FORFEITURE AND RELEASE,** which resolves all matters before the Court in the instant case. The parties to this mater have reached a mutually agreed settlement, which disposes of all issues in the instant case and results in a full and complete settlement. Counsel for the United States has consulted with Claimant, who has authorized counsel for the United States to represent to the Court that Claimant does not oppose the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the United States of America prays that this Court grant its motion for entry of the attached order.

Respectfully submitted,

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

By:    /s/ Ronald G. Morgan
       RONALD G. MORGAN
       Assistant United States Attorney
       Fed. Bar No. 23902
       TX Bar No. 00795014
       600 East Harrison Street, Ste 201
       Brownsville, Texas 78521
       Tel. No. (956) 548-2554
       Fax No. (956) 548-2711

4

## CERTIFICATE OF SERVICE

I hereby certify on this the ___7th___ day of ___June___, 2001, a true and correct copy of the above **UNOPPOSED MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE AND RELEASE** was sent by first class mail to the individual listed below at the indicated address:

RICHARD HENRY TILLEY
Pro Se Claimant
Reg. No. 89607–079
P.O. Box No. 7000-5812
FCI  Fort Dix
Fort Dix New Jersey 08640

_(signature)_
RONALD G. MORGAN
Assistant U.S. Attorney

ClibPDF - www.fastio.com