14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-01-038 |
| | § | |
| FOUR THOUSAND ONE HUNDRED | § | |
| FORTY-EIGHT DOLLARS ($4,148.00) | § | |
| IN UNITED STATES CURRENCY | § | |
| | § | |
| Defendant. | § | |

RECEIVED BY
OFFICE OF U.S. ATTORNEY
01 JUN -4 AM 10: 50
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TX

United States District Court
Southern District of Texas
ENTERED

JUN 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c)

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Ronald G. Morgan | United States/Plaintiff | 5/21/01 |
| Richard Henry Tilley | Self/Claimant | 5/30/01 |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge Felix Recio to conduct all further proceedings, including final judgment.

June 13th, 2001
Date

United States District Judge